1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| 7  PREFERRED CONTRACTORS INSURANCE COMPANY, RISK RETENTION GROUP, 8  LLC, | No. 3:21-cv-05016-JHC |
| 9              Plaintiff, | **ORDER TO SHOW CAUSE** |
| 10       vs. | |
| 11  BAKER AND SON CONSTRUCTION, INC. a Washington for profit corporation; ANGELA 12  COX, as Personal Representative of the ESTATE OF RONNIE E. COX, deceased; 13  ANGELA COX, individually and as a mother of G.C., a minor, | |
| 14              Defendants. | |
| 15 | |

16    This matter comes before the Court on Plaintiff Preferred Contractors Insurance

17  Company's Renewed Motion for Summary Judgment.  Dkt. # 73.  The Court has reviewed the

18  materials filed in support of, and in opposition to, the motion, as well as the balance of the case

19  file and applicable law.

20    At this juncture, the Court has determined that resolution of the motion may depend on

21  the question whether the insurance policy at issue violates Montana public policy.  The Court

22  understands the parties' positions on this issue, but it does not find the law on the question to be

23  clear.  Accordingly, the Court ORDERS Plaintiff, Defendant Baker and Son Construction, Inc.,

1  and Defendant Angela Cox to show cause as to whether it should certify this question to the

2  Montana Supreme Court.  In showing cause, each such party shall submit a brief of no longer

3  than 4,200 words by 5 p.m., Friday, March 31, 2023.

4          DATED this 27th day of March, 2023.

5

6                                          John H. Chun
                                           Honorable John H. Chun
                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23