UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PREFERRED CONTRACTORS INSURANCE COMPANY, RISK RETENTION GROUP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BAKER AND SON CONSTRUCTION, INC. a Washington for profit corporation; ANGELA COX, as Personal Representative of the ESTATE OF RONNIE E. COX, deceased; ANGELA COX, individually and as a mother of G.C., a minor,<br><br>Defendants. | No. 3:21-cv-05016-JHC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CERTIFY DECLARATORY RULING PURSUANT TO FED. R. CIV. P. 54(B)** |

This matter comes before the court on Plaintiff Preferred Contractors Insurance Company's Motion to Certify Declaratory Ruling Pursuant to Fed. R. Civ. P. 54(b).  Dkt. # 89.  The Court has considered the materials filed in support of, and in opposition to, the motion, as well as the rest of the case file and the applicable law.  Being fully advised, the Court ORDERS as follows:

1. Plaintiff Preferred Contractors Insurance Company's Motion to Certify Declaratory Ruling Pursuant to Fed. R. Civ. P. 54(b) is hereby GRANTED.

Order Granting Plaintiff's Motion to Certify Declaratory
Ruling Pursuant to Fed. R. Civ. P. 54(b) – 1
Cause No.:  3-21-cv-05016-JHC

2. The Court finds that it has issued a final ruling on Plaintiff's claim for declaratory relief and that there is no just reason for delaying entry of final judgment in favor of Defendants on that claim.

3. Defendant Cox's counterclaims are STAYED pending the outcome of Plaintiff's appeal. The Court reiterates that it finds Montana law unclear on the issue at hand. *See* Dkt. # 88 at 2. But the Court is also troubled by the combination of "occurrence" and "claims made" provisions in the insurance policy at issue. Hopefully, legal clarity will be achieved on appeal.

4. The Court DIRECTS the Clerk to strike the trial date.

DATED this 28th day of April, 2023.

John H. Chun
United States District Court Judge

Order Granting Plaintiff's Motion to Certify Declaratory
Ruling Pursuant to Fed. R. Civ. P. 54(b) – 2
Cause No.: 3-21-cv-05016-JHC