UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PREFERRED CONTRACTORS INSURANCE COMPANY, RISK RETENTION GROUP, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BAKER AND SON CONSTRUCTION, INC. a Washington for profit corporation; ANGELA COX, as Personal Representative of the ESTATE OF RONNIE E. COX, deceased; ANGELA COX, individually and as a mother of G.C., a minor,<br><br>Defendants. | No. 3:21-cv-05016-JHC<br><br>STIPULATION FOR AND ORDER OF DISMISSAL OF ALL CLAIMS BETWEEN PLAINTIFF PREFERRED CONTRACTORS INSURANCE COMPANY, RISK RETENTION GROUP, LLC AND DEFENDANT BAKER AND SON CONSTRUCTION, INC. WITH PREJUDICE |

## **STIPULATION**

The undersigned parties stipulate that all claims and causes of action by Plaintiff Preferred Contractors Insurance Company, Risk Retention Group, LLC against Defendant Baker and Son Construction, Inc. and all counterclaims by Defendant Baker and Son Construction, Inc. should be dismissed and that the Order below dismissing all causes of action asserted by the parties with prejudice and without an award of fees or costs may be entered.

Stipulation for and Order of Dismissal of All Claims Between Plaintiff Preferred
Contractors Insurance Company, Risk Retention Group, LLC and Defendant Baker
and Son Construction, Inc. with Prejudice – 1
Cause No.:  3-21-cv-05016-JHC

Dated this 2nd day of May, 2025.

FORSBERG & UMLAUF, P.S.

*s/ Daniel L. Syhre*
Daniel L. Syhre, WSBA #34158
*Attorneys for Plaintiff Preferred Contractors Insurance Company, RRG, LLC*

Dated this 1st day of May, 2025.

SCUDERI LAW OFFICES, P.S.

*s/ Joseph Scuderi (via email approval)*
Joseph Scuderi, WSBA #26623
*Attorneys for Defendant Baker and Son Construction, Inc.*

## **ORDER**

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore it is ORDERED that (1) Plaintiff's claims and causes of action against Defendant Baker and Son Construction, Inc. and (2) Defendant Baker and Son Construction Inc.'s counterclaims and causes of action be dismissed with prejudice and without an award of attorney fees or costs to either party.

Dated: May 2, 2025

_____
John H. Chun
United States District Court Judge